# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ROY LEWIS JR | § | |
| | § | |
| v. | § | Civil Action No. 4:17-CV-161 |
| | § | (Judge Mazzant/Judge Nowak) |
| TEXAS JUVENILE JUSTICE DEPARTMENT, ET AL. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 7, 2017, the report of the Magistrate Judge (Dkt. #32) was entered containing proposed findings of fact and recommendations that Defendants Texas Juvenile Justice Department and the State of Texas's Motion to Dismiss Plaintiff's Amended Petition (Dkt. #24) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Texas Juvenile Justice Department and the State of Texas's Motion to Dismiss Plaintiff's Amended Petition (Dkt. #24) is **GRANTED**. Plaintiff's claims against Defendants are **DISMISSED**.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
SIGNED this 8th day of August, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE